IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIUPU MYERS, | No. 2:13-CV-2209-CMK |
| Plaintiff, | |
| vs. | ORDER |
| CALIFORNIA CHECK CASHING STORES, LLC, | |
| Defendant. | |
| _____/ | |

   Plaintiff brings this civil action. Pursuant to the written consent of all parties, this case is before the undersigned as the presiding judge for all purposes, including entry of final judgment. See 28 U.S.C. § 636(c).

   On stipulation of the parties, the status/scheduling conference set before the undersigned of February 26, 2014, at 10:00 a.m. in Redding, California, is continued to April 2, 2014, at the same time and location.

/ / /

/ / /

/ / /

1

IT IS SO ORDERED.

DATED: February 4, 2014

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE