# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIUPU MYERS, | No. 2:13-CV-2209-CMK |
| Plaintiff, | |
| vs. | ORDER |
| CALIFORNIA CHECK CASHING STORES, LLC, | |
| Defendant. | |
| _____ / | |

Plaintiff brings this civil action. Pursuant to Eastern District of California Local Rule 230(g), the hearing scheduled for June 10, 2015, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

IT IS SO ORDERED.

DATED: June 8, 2015

                                        _____
                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE