# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIUPU MYERS, | No. 2:13-CV-2209-CMK |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| CHECKSMART FINANCIAL, LLC, | |
| Defendant. | |
| _____/ | |

Plaintiff brings this civil action. Pursuant to Eastern District of California Local Rule 230(g), the court hereby sets a hearing on defendant's motion for summary judgment (Doc. 28) for January 10, 2018, at 10:00 a.m. before the undersigned in Redding, California. The parties may appear telephonically through CourtCall.

IT IS SO ORDERED.

DATED: November 30, 2017

*Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE