LARRY L. BAUMBACH
State Bar No. 50086
LAW OFFICES OF LARRY L. BAUMBACH
2531 Forest Ave, Suite 100
Chico, CA 95928
Telephone: 530-891-6222

Attorney for Plaintiff FAIUPU MYERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FAIUPU MYERS,

         Plaintiff,

  vs.

CHECKSMART FINANCIAL, LLC dba CALIFORNIA CHECK CASHING STORES, LLC; and DOES 1 through 100, inclusive,

         Defendants,
_____

Case No.: 2:13-CV-02209-CMK

**ORDER TO CONTINUE HEARING ON DEFENDANTS MOTION FOR ATTORNEYS FEES AND COSTS**

The parties have stipulated and jointly request a continuation to a later date and time on Defendants Motion for Attorney's Fees and Costs scheduled for May 2, 2018 at 10:00 a.m. to:

1. <u>June 6, 2018 at 10:00 a.m.</u>

    IT IS SO ORDERED.

Dated: April 9, 2018

                                                                 _____
                                                                 CRAIG M. KELLISON
                                                                 UNITED STATES MAGISTRATE JUDGE